

MARK DAVID HUNTER, ESQ.
(ADMITTED NY, FL, AND DC)

E-MAIL: mhunter@htflawyers.com

September 19, 2024

**Via ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/20/2024
```

**MEMORANDUM ENDORSED**

**Re:** *XTI Aerospace, Inc. v. Chardan Capital Markets LLC*
**Case No. 1:24-cv-06590-GHW**

Dear Judge Woods:

  Our office represents Respondent Chardan Capital Markets LLC ("Chardan") in the above-referenced matter. Pursuant to Rule 1(E) of Your Honor's *Individual Rules of Practice in Civil Cases* ("Individual Rules")*,* the undersigned writes on behalf of Chardan to request an adjournment of the initial pretrial conference currently scheduled for October 1, 2024, at 4:00 p.m.

  The undersigned will serve as principal trial counsel for Chardan in this matter, and in accordance with Rule 2(A) of Your Honor's Individual Rules, is required to appear at all conferences with this Court. However, in the afternoon of October 1, 2024, the undersigned is due to appear at a Change of Plea Hearing in a criminal matter in the District of Columbia District Court. Our office has communicated with Plaintiff's counsel regarding an adjournment of the initial pretrial conference. During those communications, our office learned that Plaintiff's counsel is also dealing with a serious family matter that is affecting his availability as well. Plaintiff's counsel has provided his consent to an adjournment so long as the deadline to submit the pre-conference materials is set for September 27, 2024. The parties are in agreement and have agreed to adjourn the initial pretrial conference to October 10 or 11, 2024, at a time amenable to the Court. The parties have made no other request to adjourn the initial pretrial conference.

Honorable Gregory H. Woods
September 19, 2024
Page 2 of 2

Accordingly, Chardan respectfully requests that this Court adjourn the initial pretrial conference in this matter to October 10 or 11, 2024.

Respectfully submitted,

/s/ *Mark David Hunter*

cc:   David B. Gordon, Esquire
      *Counsel for Petitioner XTI Aerospace, Inc.*

Application granted. The parties' September 19, 2024 request to adjourn the initial pretrial conference, Dkt. No. 12, is granted. The initial pretrial conference scheduled for October 1, 2024 is adjourned to October 16, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's September 3, 2024 order, Dkt. No. 6, are due no later than September 27, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: September 20, 2024
New York, New York

GREGORY H. WOODS
United States District Judge