UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XTI AEROSPACE, INC.,

                       Petitioner,                      24 **CIVIL** 6590 (GHW)

      -against-                                  **JUDGMENT**

CHARDAN CAPITAL MARKETS LLC,

                      Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated January 17, 2025, Petitioner is not bound by the arbitration provision in the Engagement Agreement, and Respondent is hereby enjoined from pursing its claims against Petitioner in the pending Arbitration before FINRA. Judgment is entered for Petitioner; accordingly, the case is closed.

**Dated**: New York, New York
          January 21, 2025

                                                                                      **TAMMI M. HELLWIG**
                                                                                      **Clerk of Court**

                                    **BY:**                *K. Mango*

                                                                                      **Deputy Clerk**